# File Hashes for IP Address 108.18.234.84

**ISP:** Verizon FiOS
**Physical Location:** Silver Spring, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/21/2013 21:46:43 | 3E60B49558C53CC04D6336A30107A263AF5D75EF | A Little Rain Must Fall |
| 01/19/2013 17:08:44 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Teacher |
| 01/17/2013 04:19:57 | FD4CB0B45FEFA4C558867E178BEEA946C6CF83A0 | Want You |
| 01/13/2013 23:55:12 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 01/13/2013 23:47:34 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 01/13/2013 23:38:35 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 01/06/2013 00:29:25 | C53580B76EAEADD6F45A91DED72785EF2F2F2880 | Foot Fetish |
| 01/02/2013 00:52:57 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 12/28/2012 02:07:55 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 12/28/2012 01:54:01 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 12/23/2012 04:18:44 | F2A2597816F25F80E9860ED9741D3FB18977AD85 | Sent from Heaven |
| 12/22/2012 18:07:20 | 9FF36203B7D219D4020CE0D709F26D89FBBEB4A7 | A Girls Fantasy |
| 12/21/2012 01:24:44 | CBE79618A2787B6C4067B5EB8A8BE7B7EB114CC9 | Lipstick Lesbians |
| 12/15/2012 04:15:45 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 12/09/2012 00:00:16 | 9B235A4AA676CB43A9F5B9A1AB3E1A6FAF70A6C3 | Waterfall Emotions |
| 12/08/2012 23:56:56 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love |
| 12/04/2012 01:47:53 | 2F73EB7A20893FCF0B3C8E50C4775048B6D46F38 | Introducing Angelica |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

MD41