**Copyrights-In-Suit for IP Address 108.18.234.84**

**ISP:** Verizon FiOS
**Location:** Silver Spring, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/22/2012 |
| A Little Rain Must Fall | PENDING | 01/23/2013 | 01/27/2013 | 01/21/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 01/13/2013 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 12/28/2012 |
| Foot Fetish | PA0001793970 | 06/20/2012 | 06/21/2012 | 01/06/2013 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 12/04/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/21/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/02/2013 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 12/23/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 12/28/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 01/13/2013 |
| Tiffany Teenagers in Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 12/08/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/15/2012 |
| Want You | PENDING | 01/15/2013 | 01/27/2013 | 01/17/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/09/2012 |
| Yoga Master and Teacher | PENDING | 01/18/2013 | 01/27/2013 | 01/19/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 01/13/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  17**

EXHIBIT B

MD41