**Expanded Surveillance of IP Address 108.18.234.84**

**ISP:** Verizon FiOS
**Location:** Silver Spring, MD

| Hit Date  UTC | Filename |
|---|---|
| 01/26/2013 | prnfle1258x.mov |
| 01/26/2013 | SILVER LININGS DVDRIP EDAW2013 |
| 01/26/2013 | 2cstnataliarileyryan_1080.mp4 |
| 01/26/2013 | mdhgjennibruce2_720.mp4 |
| 01/25/2013 | BackroomCastingCouch_Nessa.wmv |
| 01/25/2013 | Rilynn Rae (21.01.2013) Cocaine.mp4 |
| 01/25/2013 | Yanni - Dare To Dream - 1992 Newage |
| 01/25/2013 | wkd_hall_pass_ass_400p_1300.mp4 |
| 01/23/2013 | Fifty.Shades.Of.Grey.XXX.DVDRiP.x264-DivXfacTory |
| 01/23/2013 | jiggly-bigwetasses22.mp4 |
| 01/22/2013 | X-Art - A Little Rain Must Fall - Angelica [1080p].mov |
| 01/21/2013 | Maid for Love.mp4 |
| 01/21/2013 | Samantha Bentley_Fetish Sex Clinic.wmv |
| 01/21/2013 | prnfle1273x.wmv |
| 01/21/2013 | Jada.Jada.Tries.It.Anally.YoungLegalPorn.2013.HD_iyutero.com.mp4 |
| 01/21/2013 | Simone Cristicchi - Fabbricante Di Canzoni |
| 01/21/2013 | Hi-Fidelity Dub Sessions, Vol. 5 |
| 01/19/2013 | x-art_mira_yoga_master_and_student_540.wmv |
| 01/19/2013 | Sensual Yoga_750.mp4 |
| 01/19/2013 | Passion-HD - Fruits of Passion - Leony.mp4 |
| 01/19/2013 | bzl_bzlive21_480p_2000-chkm8te.mp4 |
| 01/19/2013 | Stimulating Story_750.mp4 |

EXHIBIT C

MD41

| Hit Date  UTC | Filename |
|---|---|
| 01/19/2013 | Online Seduction_750.mp4 |
| 01/18/2013 | Unfaithful.WickedPictures.DvdRip.2012_iyutero.com.mp4 |
| 01/18/2013 | Cuties.4.XXX.mp4 |
| 01/18/2013 | Jessi.Palmer.Tender.Loving.Care.Babes.2013.FullHD_iyutero.com.mp4 |
| 01/18/2013 | Babes - Majestic Elegance - Tiffany Thompson [1080p].mp4 |
| 01/17/2013 | x-art_baby_want_you_720.wmv |
| 01/17/2013 | take_it_off_big.mp4 |
| 01/14/2013 | ShesNew - Sexual Tension - Chloe Foster [720p].mp4 |
| 01/14/2013 | X-Art - Young Passion - Baby [720p].mp4 |
| 01/14/2013 | WowGirls - Beyond Your Dreams - Candice Luca [720p].mp4 |
| 01/14/2013 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 01/14/2013 | GirlsDoPorn (E189) - 20 Years Old [720p].wmv |
| 01/14/2013 | X-Art - Threes Company - Caprice, Anneli [1080p].mp4 |
| 01/14/2013 | www.torrent.to...Meilensteine.Wie.wir.die.Welt.neu.erfanden.S01E04.Wolkenkratzer.German.DOKU.WS.HDTVRiP.XviD-UTOPiA |
| 01/14/2013 | MrAnal - Pain In The Ass - Aleksa Nicole [720p].mp4 |
| 01/10/2013 | Orgasms - Massage Rooms - Angel [720p].mov |
| 01/10/2013 | 18XGirls - Demida Lays Out For A Massage Table Fuck [1080p].wmv |
| 01/10/2013 | rachel_starr_assworship_14_720.mp4 |
| 01/09/2013 | Massage Girls 18 - Allie James HD 720p |
| 01/09/2013 | f-series.zip |
| 01/06/2013 | Passion-HD - Sweet Candy - Dani Daniels, Holly Michaels.mp4 |
| 01/06/2013 | The Dark Knight Rises (2012) DVDRip XviD-MAXSPEED |
| 01/06/2013 | Looper (2012) [1080p] |
| 01/06/2013 | NaughtyRichGirls - Gracie Glam, Tori Black.wmv |
| 01/06/2013 | x-art_angelica_naughty_and_nice_1080.mov |

EXHIBIT C

MD41

| Hit Date UTC | Filename |
|---|---|
| 01/06/2013 | Silent.Hill.Revelation.3D.2012.SWESUB.720p.TS.ACC-Robblowe.mkv |
| 01/06/2013 | X-Art - Foot Fetish - Grace [720p].wmv |
| 01/06/2013 | Frankenweenie (2012) [1080p} |
| 01/06/2013 | Stoya.In.Love.And.Other.Mishaps.[HD720p].mkv |
| 01/06/2013 | sexo-babes-heather-130104.mp4 |
| 01/06/2013 | Taken 2 (2012) |
| 01/06/2013 | Resident Evil Retribution (2012) |
| 01/02/2013 | x-art_angie_morning_desires_720.wmv |
| 01/02/2013 | Betty Lou See It Through 3 Lexi Belle 720p.mp4 |
| 12/30/2012 | Les Miserables_25th Anniversary Concert_MP3 |
| 12/29/2012 | The Racketeer by John Grisham |
| 12/29/2012 | CashForSexTape - Sexy amateur strip show from my GF - Katya [720p].mp4 |
| 12/29/2012 | Les Miserables (Highlights From Motion Picture Soundtrack) (2012) [flac] |
| 12/29/2012 | Star Wars |
| 12/29/2012 | Les Miserables - Highlights From The Motion Picture - OST [ChattChitto RG] |
| 12/29/2012 | The_Walking_Dead_105_28Digital_29_28Zone_Empire_29.cbr |
| 12/28/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 12/28/2012 | WowGirls - Going Deep - Sasha Blonde [1080p].mp4 |
| 12/28/2012 | WowGirls - Must-Own Girl Anjelica [1080p].mp4 |
| 12/28/2012 | GirlsDoPorn (E188) - 19 Years Old Blonde [720p].wmv |
| 12/28/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 12/28/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 12/26/2012 | x-art_angelica_naughty_and_nice_720.wmv |
| 12/24/2012 | Brandi Love, Lexi Belle, Madison Ivy, Veronica Avluv - 1080p.mp4 |
| 12/23/2012 | Taken 2 2012 720p BluRay x264 - Exclusive |
| 12/23/2012 | Looper (2012) |

EXHIBIT C

MD41

| Hit Date UTC | Filename |
|---|---|
| 12/23/2012 | X-Art - A Girls Fantasy - Beatrice [720p].mov |
| 12/23/2012 | X Art - Sent From Heaven - Featuring Sexy Baby |
| 12/23/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 12/22/2012 | GLOCK_ The Rise of America's Gun - Paul M. Barrett.mobi |
| 12/22/2012 | x-art_beata_a_girls_fantasy_540.mov |
| 12/21/2012 | Lexi.Belle.Lexi.Belle.In.Miami.BangBus.2012.HD_iyutero.com.mp4 |
| 12/21/2012 | X-Art - Lipstick Lesbians - Baby, Mira [1080p].mp4 |
| 12/21/2012 | Curvaceous Angelica Heart Loves Thick Cigars, Up Her Ass Private.com 19.121080p |
| 12/20/2012 | Sparkle [2012] DVDRip X264 AAC-26K [FR-SUB] |
| 12/20/2012 | h1on1isisbill_720.mp4 |
| 12/17/2012 | Stephen King |
| 12/16/2012 | Tori Black - All Access Backstage Pass |
| 12/16/2012 | Tori_Black_II_-_Intimate_Passions |
| 12/16/2012 | Deep Purple-Machine Head VideoT_S |
| 12/16/2012 | bypiratagamer win8 preactivado |
| 12/16/2012 | Haven.S03E10.HDTV.x264-2HD.mp4 |
| 12/15/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/14/2012 | The Dark Knight Rises (2012) [1080p] |
| 12/14/2012 | Resident.Evil.Retribution.2012.720p.BluRay.x264-ALLiANCE [PublicHD] |
| 12/13/2012 | Tori-TorridLove.m4v |
| 12/13/2012 | Sasha.Rose.Kinky.Foot.Fetish.FootsieBabes.2011.HD_iyutero.com.wmv |
| 12/12/2012 | sexo-mg18-lily-121208.wmv |
| 12/12/2012 | X-Art - Waterfall Emotions - Kaylee [720p].wmv |
| 12/09/2012 | x-art_kaylee_waterfall_emotions_720.wmv |
| 12/09/2012 | Babes_Tiffany_Thompson_Teenage_Romance_720p.mp4 |
| 12/09/2012 | prnfle770x.mp4 |

EXHIBIT C

MD41

| Hit Date UTC | Filename |
|---|---|
| 12/09/2012 | Chaudasse_aux_cheveux_de_feu.avi |
| 12/09/2012 | X-Art - Teenagers In Love - Tiffany Thompson [1080p] |
| 12/09/2012 | v22368 - Juelz Ventura.mp4 |
| 12/09/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/09/2012 | CollegeRules - College Fuck Swap [720p].mp4 |
| 12/09/2012 | babes_bg_tiffany_thompson02_720p_4000.mp4 |
| 12/09/2012 | WowGirls - A Holiday Romance - Zoe [720p].mp4 |
| 12/09/2012 | www.torrent.to...In.Produktion.S01E03.80.Tonnen.Anker.GERMAN.DOKU.WS.dTV.XViD-ATG |
| 12/09/2012 | 12.11.18.Missy Martinez_FootsieBabes_ImgZilla.mp4 |
| 12/09/2012 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 12/09/2012 | X-Art - Cum With Me - Beatrice [1080p].mp4 |
| 12/04/2012 | Passion-HD - Sensual Relaxation - Madison Ivy.mp4 |
| 12/04/2012 | The Perfect Secretary 2 - Alexis Texas.avi |
| 12/04/2012 | Hot Hand_750.mp4 |
| 12/04/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 12/04/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |
| 11/25/2012 | 12.08.15. Kendall Karson - Ticket To Paradise.wmv |
| 11/24/2012 | Fantastic Four 001 (2013) (digital-TheGroup).cbr |
| 11/24/2012 | Halo.4.Forward.Unto.Dawn.2012.720p.BRRip.x264.AC3-JYK |
| 11/24/2012 | Official Xbox Magazine Special Issue 2012 - Halo 4[VectoR] |
| 11/24/2012 | VA-Halo_4_Limited_Edition-(OST)-2CD-2012-FNTx |
| 11/23/2012 | The Amazing Spiderman (2012) |
| 11/23/2012 | Paranorman (2012) [1080p] |
| 11/21/2012 | mollybmg18.wmv |
| 11/21/2012 | Babes - American Dream - Sarah Vandella [720p].mp4 |
| 11/21/2012 | Alexis_Texas_David_Loso1080p.mp4 |

EXHIBIT C

MD41

| Hit Date UTC | Filename |
|---|---|
| 11/21/2012 | footsiebabes.alexistexas.mp4 |

| Hit Date UTC | | |
|---|---|---|
| MD41 | | EXHIBIT C |